========================================================================

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JON C. POWELL, | **ORDER ON APPLICATION TO PROCEED WITHOUT** |
| PLAINTIFF, | **PREPAYMENT OF FEES** |
| VS. | |
| | 3:10-cv-87 |
| | Judge Shirley |
| GMAC MORTGAGE, et al., | |
| DEFENDANT. | |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is:

**  X    GRANTED**

   **X**   IT IS ORDERED that the clerk issue summons and the United States Marshal, or the plaintiff, shall serve a copy of the complaint, summons, and this order upon all defendant(s) as directed by the plaintiff. If the United States Marshal provides the service, all costs of service shall be advanced by the United States. If the plaintiff provides his/her own service, the plaintiff will bear their own costs.

_____ **DENIED**, for the following reasons:

_____

_____

ENTER this 9th day of March, 2010.

                                             s/ C. Clifford Shirley, Jr.
                                             Signature of Judicial Officer

                                             UNITED STATES MAGISTRATE JUDGE
                                             Name and Title of Judicial Officer

========================================================================