UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JON C. POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:10-CV-87 |
| | ) | (VARLAN/SHIRLEY) |
| GMAC MORTGAGE, | ) | |
| fka Homecomings Financial, and | ) | |
| THE BANK OF NEW YORK MELLON | ) | |
| TRUST COMPANY, N.A., | ) | |
| fka The Bank of New York Trust Company, N.A. | ) | |
| as successor JPMorgan Chase Bank N.A. as Trustee, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously with this order, defendants' Joint Motion to Dismiss Complaint [Doc. 4] is **GRANTED**. Defendants' Joint Motion to Join Tammy C. Powell as Indispensable Party Plaintiff [Doc. 5] and Motion to Suspend Briefing, Compliance, and Discovery Deadlines Pending Consideration of Defendants' Motion to Dismiss Complaint [Doc. 6] are **DENIED as moot**. This case is **DISMISSED**. The Clerk is **DIRECTED** to close this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE